UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAP AMERICA, INC.,

    Plaintiff,

    v.

PI-NET INTERNATIONAL, INC.,

    Defendant.
_____/

No. C 13-1248 PJH

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS**

    Defendant's motion to dismiss came on for hearing before this court on July 24, 2013.  Plaintiff SAP America, Inc. ("plaintiff") appeared through its counsel, Tharan Lanier and Kyle Barrett.  Defendant Pi-Net International, Inc. ("defendant") appeared through its counsel, Robert Yorio.  Having read the papers filed in conjunction with the motion and carefully considered the arguments and the relevant legal authority, and good cause appearing, the court hereby GRANTS in part and DENIES in part defendant's motion for the reasons stated at the hearing and as follows.

    In its motion, defendant argues that plaintiff's complaint does not establish that this court has subject matter jurisdiction over the case.  Plaintiff seeks a declaratory judgment of invalidity for three of defendant's patents, but its complaint alleges only that defendant "has sued customers of SAP for allegedly infringing the patents-in-suit," and "has contended that software supplied by SAP . . . infringes the patents-in-suit."  Complaint, ¶ 1.  The complaint does not identify any specific SAP customer or specific SAP product that has been accused of infringement by defendant.  Accordingly, to the extent that defendant seeks an identification of a specific customer and specific product accused of infringement, the court GRANTS defendant's motion to dismiss with leave to amend.  Plaintiff's amended complaint must identify at least one customer and at least one product of SAP's that has

been accused of infringement by defendant. However, the complaint need not provide an exhaustive list of all customers and products accused of infringement, and defendant's motion is DENIED to the extent that it seeks any such exhaustive list. Plaintiff shall have until **August 21, 2013** to file an amended complaint in accordance with this order, and defendant shall have until **September 11, 2013** to answer or otherwise respond to the complaint.

**IT IS SO ORDERED.**

Dated: July 29, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge