UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAP AMERICA, INC.,

    Plaintiff,

    v.

LAKSHMI ARUNACHALAM,

    Defendant.

Case No. 13-cv-1248-PJH

**ORDER DENYING MOTION TO LIFT STAY**

Before the court is the motion of defendant Dr. Lakshmi Arunachalam for an order lifting the stay imposed in this case on October 15, 2013. At that time, the parties stipulated to stay the case "until the PTAB has reached a final decision on the PTAB reviews, including any appeals . . . ." While the PTAB reviews were on-going, the District of Delaware issued an order on May 14, 2014, construing claims in the '492, '500, and '158 patents, and granted defendant's motion for summary judgment of invalidity and non-infringement. See Pi-Net Int'l, Inc. v. JPMorgan Chase & Co., 42 F.Supp. 2d 579 (D. Del. 2014). The court entered judgment and plaintiff filed a notice of appeal.

On September 18, 2014, and March 6, 2015, the PTAB issued written decisions finding all challenged claims in the '492, '500, and '158 patents to be unpatentable. Dr. Arunachalam filed appeals of the PTAB decisions and all underlying orders, which were consolidated by the Federal Circuit. On July 21, 2015, the Federal Circuit granted SAP's request to stay the appeals from the IPRs and CBM reviews pending the disposition of any petition for certiorari that might be filed in the JPMorgan case. The U.S. Supreme Court denied Dr. Arunachalam's petition for writ of certiorari on January 11, 2016, and

1  denied her petition for rehearing on March 7, 2016.

2  However, to date, the Federal Circuit has issued no further order in the JPMorgan
3  case, and the stays in the appeals of the PTAB decisions have not been lifted.
4  Accordingly, the conditions under which the stay in this case was imposed remain in
5  place, and the motion for an order lifting the stay is DENIED.  Because the case remains
6  stayed, defendant and counterclaimant's motion for leave to file an amended
7  counterclaim is DENIED as moot.

8  The date for the hearing on the motion, previously set for April 27, 2016, is
9  VACATED.

11 **IT IS SO ORDERED.**

12 Dated:   April 22, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge