UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAP AMERICA, INC.,

    Plaintiff,

v.

LAKSHMI ARUNACHALAM,

    Defendant.

Case No. 13-cv-01248-PJH

**JUDGMENT**

The issues having been duly heard and the court having granted plaintiff's motion for summary judgment,

it is Ordered and Adjudged

that judgment is hereby entered in favor of plaintiff on all of defendant's counterclaims of infringement of the patents-in-suit, U.S. Patent Nos. 8,037,158 ("the '158 Patent), 5,987,500 ("the '500 Patent") and 8,108,492 ("the '492 Patent"), and against defendant on the same; and

that judgment is hereby entered in favor of plaintiff on its claims for declaratory judgment of non-infringement of the '158 Patent, the '500 Patent, and the '492 Patent, and against defendant on the same.

**IT IS SO ORDERED.**

Dated: April 2, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge